UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CINDY CHAIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>ELISEO RICOLCOL, Warden,<br><br>    Respondent. | No. 2:23-cv-06472-KK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, filed pursuant to 28 U.S.C. § 2241, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections were filed to the Report and Recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Respondent's Motion to dismiss (ECF 8) is **denied as moot**.
3. The Petition is **denied**.
4. Judgment shall be entered dismissing this action without prejudice for failure to prosecute, to follow court orders, and to keep the Court informed of her current address.

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: March 18, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE