JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CINDY CHAIREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ELISEO RICOLCOL, Warden,<br><br>　　　　Respondent. | No. 2:23-cv-06472-KK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: March 18, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE